IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CYNTHIA BENNETT, | * | |
| Plaintiff, | * | |
| v. | * | CV 121-157 |
| BRICKLES CLEANERS, INC., | * | |
| Defendant. | * | |

ORDER

This matter is before the Court on its own accord. There has been no activity in this case since June 2022. Moreover, the deadlines set in the Court's scheduling order have passed, and the case appears ready for trial. (See Doc. 9.) Accordingly, the Court **DIRECTS** the Parties to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA