IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CYNTHIA BENNETT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | CV 121-157 |
| v. | * | |
| | * | |
| BRICKLES CLEANERS, INC., | * | |
| | * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' notice of settlement and motion to stay. (Doc. 22.) The Parties represent they have reached a settlement and are preparing the settlement agreement and stipulation of dismissal. (Id. at 1.) The Parties state they intend to file a stipulation of dismissal "as soon as practicable," but they request to be given thirty days to complete the settlement and file the stipulation. (Id.) As such, the Parties move to stay the case. (Id.)

Upon due consideration, the Court **GRANTS** the Parties' motion. (Doc. 22.) The above-captioned case is hereby **STAYED**. The Court **DIRECTS** the Parties to file either a stipulation of dismissal or a status report with the Court updating it on their progress by **SEPTEMBER 20, 2024.**

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA