IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CYNTHIA BENNETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action |
| | )    File No. 1:21-cv-00157-JRH-BKE |
| BRICKLES CLEANERS, INC., | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION AND CONSENT MOTION
## TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant, through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss with Prejudice. Plaintiff and Defendant have agreed that each party will bear its owns attorneys' fees, expenses, and costs.

Stipulated and agreed this 4th day of September, 2024.

| | |
|---|---|
| /s/ John B. Long | s/Matthew W. Matson |
| John B. Long | Matthew W. Matson |
| Attorney for Defendant | *Attorney for Plaintiff* |
| Georgia Bar No. 457200 | Georgia Bar No. 812044 |
| Tucker Long, P.C. | Matson Law Firm, LLC |
| P.O. Box 2426 | 561 Greene Street |
| Augusta, GA 30903 | Augusta, Georgia 30901 |
| 706-722-0771 | 706-364-0014 |
| jlong@tuckerlong.com | matt@matsonlawfirmllc.com |

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 4th day of September, 2024.

                                                     s/Matthew W. Matson
                                                   Matthew W. Matson
                                                   *Attorney for Plaintiff*
                                                   GA Bar No. 812044
                                                   Matson Law Firm, LLC
                                                   561 Greene Street
                                                   Augusta, Georgia 30901
                                                   706-364-0014